# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-53914-CMC** |
| | § | |
| **GOOTEE, GARY JOSEPH SR.** | § | Chapter 7 |
| **GOOTEE, CHARLOTTE ANN** | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $459.20 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Mid Ohio Ambulance Services<br>PO Box 985<br>Lancaster, OH 43130 | 1 | $174.19 |
| Banfield Pet Hospital<br>11815 NE Glenn Widing Drive<br>Portland, OR 97220 | 8 | 66.48 |
| Capital Primary Care<br>500 E. Main St., #100<br>Columbus, OH 43215 | 12 | 84.27 |
| Grant Medical Center<br>3728 Olentangy River Road, Suite C<br>Columbus, OH 43214 | 20 | 108.10 |
| Grant Riverside Medical Care<br>PO Box 73439<br>Cleveland, OH 44193 | 21 | 5.42 |

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| West Broad Anesthesia Inc.<br>4236 East Broad Street<br>PO Box 13149<br>Columbus, OH 43213 | 34 | 20.74 |

Dated:  February 9, 2010              /s/ Larry J. McClatchey
                                                        Larry J. McClatchey, Trustee (0012191)
                                                      65 East State Street, Suite 1800
                                                      Columbus, Ohio 43215
                                                      614/462-5400
                                                      lmcclatchey@keglerbrown.com

cc:     U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
       Mid Ohio Ambulance Services, PO Box 985, Lancaster, OH 43130
       Banfield Pet Hospital, 11815 NE Glenn Widing Drive, Portland, OR 97220
       Capital Primary Care, 500 E. Main St., #100, Columbus, OH 43215
       Grant Medical Center, 3728 Olentangy River Road, Suite C, Columbus, OH 43214
       Grant Riverside Medical Care, PO Box 73439, Cleveland, OH 44193
       West Broad Anesthesia Inc., 4236 East Broad Street, PO Box 13149, Columbus, OH 43213